## SOUTHERN PACIFIC TRANSPORTATION COMPANY, Plaintiff-Appellant,

v.

## COMMERCIAL METALS COMPANY, Defendant-Appellee.

### No. 79–1843.

United States Court of Appeals,
Fifth Circuit.*

Sept. 20, 1982.

Michael R. Johnson, Dallas, Tex., for plaintiff-appellant.

David M. Sudbury, Dallas, Tex., for defendant-appellee.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before TJOFLAT, POLITZ and HATCHETT, Circuit Judges.

PER CURIAM:

Pursuant to the judgment of the Supreme Court of the United States dated April 27, 1982, —— U.S. ——, 102 S.Ct.

1815, 72 L.Ed.2d 114, reversing this court's judgment, 641 F.2d 235, our judgment heretofore entered is vacated, and we remand this case to the district court with directions to enter judgment for the plaintiff, Southern Pacific Transportation Company.

SO ORDERED.